ACCEPTED
05-14-00500-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/13/2015 4:21:07 PM
LISA MATZ
CLERK

### NO. 05-14-00500-CV

### IN THE COURT OF APPEALS
### FOR THE FIFTH DISTRICT OF TEXAS
### AT DALLAS, TEXAS



FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

1/13/2015 4:21:07 PM

LISA MATZ
Clerk

### MARCUS JOSEPH ROPER, APPELLANT
### v.
### KATHERINE ELIZABETH JOLLIFFE, APPELLEE

### STATE'S MOTION FOR EXTENSION
### OF TIME TO FILE ITS BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW, THE STATE OF TEXAS, respectfully requesting this Honorable Court to extend the due date for the State's brief thirty days from the date of this motion until February 12, 2015. *See* Tex. R. App. P. 38.6(d). In support of this motion, the State would show the following:

On November 13, 2013, Appellee Katherine Elizabeth Jolliffe filed an application for a protective order against Appellant Marcus Joseph Roper. (CR: 8-12). At the conclusion of an evidentiary hearing conducted on January 28 and 20, 2014, the trial court granted the protective order. (CR: 83-85; RR 3: 30-32). Roper filed a motion for new trial. (CR: 96-114). After a hearing on March 26, 2014, the trial court denied Roper's motion for new trial and entered findings of fact and conclusions of law. (CR: 120; RR 4: 20). Roper appealed. (CR: 134-37).

Roper's brief was originally due on August 29, 2014, but on that date, this Honorable Court granted Roper's motion for extension of time to file his brief. Roper's brief was timely filed on September 26, 2014. The certificate of service on Roper's brief as printed from the Court's website shows a copy was delivered to the Dallas County District Attorney's Office on September 26, 2014; however, the brief was not brought to the attention of the chief of the appellate division or otherwise placed in the appellate file for the case to be assigned. Accordingly, the October 26, 2014 due date for filing a brief on Jolliffe's behalf passed without the appellate division of the Dallas County District Attorney's Office knowing that the brief was due.

The brief on behalf of Jolliffe has now been assigned to the undersigned Assistant District Attorney who is working diligently to complete and file the brief. As of January 12, 2015, the case was not set for submission. Counsel is requesting an extension of time for the State to file its brief. In addition to other responsibilities, including briefing on other cases, work on expunctions and requests from other states for witnesses under the Uniform Act to Secure Attendance of Witnesses from Without State, Counsel is working diligently to respond to Roper's brief. To thoroughly respond to the issues presented in Roper's brief, Counsel requests until February 12, 2015, to file the brief in response in this case. This is the State's first request for an extension of time for filing its brief.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court extend the State's deadline for filing the State's brief until February 12, 2015.

Respectfully submitted,

KIMBERLY J. DUNCAN
Assistant District Attorney
State Bar No. 24051190
Frank Crowley Courts Bldg.
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3629

## CERTIFICATE OF CONFERENCE

On January 12 and 13, 2015, a conference regarding the filing of this Motion was held via email and telephone with the Honorable J. Michael Price II, Counsel for Appellant.

KIMBERLY J. DUNCAN
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion has been served on the Honorable J. Michael Price II, Attorney for Appellant, via electronic service on January 13, 2015.

KIMBERLY J. DUNCAN
Assistant District Attorney